395 A.2d 963

Commonwealth v. Bromage, Appellant.

Argued September 11, 1978. John P. Pesota, for appellant; Anthony Popeck, Assistant District Attorney, submitted a brief for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed; petition for reargument denied November 6, 1978.